## Ryan *v.* Ryan, Appellant.

Argued November 9, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John M. McAllister,* with him *McAllister and Reif,* for appellant.

*Chester T. Cyzio,* for appellee.

OPINION PER CURIAM, November 17, 1972:

Motion to quash granted. Each party to pay own costs.

Mr. Justice MANDERINO dissents.